## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-01074-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 15, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| COOSEMANS DENVER, INC., a Colorado corporation, | William J. McCarren, via telephone |
| **Plaintiff,** | |
| v. | |
| JESSICA LIOTTA, *et al.,* | No appearance |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 9:05 a.m.
Court calls case. Appearance of plaintiff's counsel.

Plaintiff's counsel discusses the status of the case with the Court.

**ORDERED:** The oral motion to withdraw without prejudice the Motion for Preliminary Judgment [filed May 22, 2008; doc. 3] is granted. The motion (*doc. 3*) is hereby withdrawn without prejudice.

HEARING CONCLUDED.

**Court in recess:** 9:10 a.m.
Total time in court: 00:05