IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01074-MSK-CBS

COOSEMAN'S DENVER, INC., a Colorado corporation,
    Plaintiff,
v.

RED TOMATO SPECIALTY PRODUCE, a Colorado corporation, and
JESSICA LIOTTA,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Cooseman's Denver, Inc. ("Cooseman's") "Motion to Withdraw Motion for Entry of Default Judgment as to Jessica Liotta" (filed September 17, 2008) (doc. # 33). Pursuant to the Order of Reference dated May 28, 2008 (doc. # 11) and the memorandum dated September 17, 2008 (doc. # 34), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that "Plaintiff's Motion to Withdraw Motion for Entry of Default Judgment as to Jessica Liotta" (filed September 17, 2008) (doc. # 33) is GRANTED and Cooseman's "Motion for Entry of Default Judgment" filed September 10, 2008) (doc. # 31) is WITHDRAWN WITHOUT PREJUDICE.

DATED at Denver, Colorado, this 17th day of September, 2008.

                                      BY THE COURT:

                                      s/ Craig B. Shaffer
                                      United States Magistrate Judge